UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SHANELLE JENKINS,**

  Plaintiff,

  v.                          No. 4:23-cv-01207-P

**OFFICER MICHAEL TAHMAHKERA,**
**ET AL.,**

  Defendants.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order Granting Defendant's Motions to Dismiss (ECF No. 44), this case is **DISMISSED**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **9th day of July 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE