UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHANELLE JENKINS, as surviving spouse, and Representative of the Estate of ROBERT GERON MILLER<br><br>    Plaintiff,<br>v.<br><br>OFFICER MICHAEL TAHMAHKERA, OFFICER JORDAN BEENE, OFFICER JASON WHEELER, OFFICER E. KAUTZ, OFFICER S. JAMES, OFFICER MICHAEL SWAN, NURSE BJ ODONNELL, NURSE SHARON SINGLETON, and SERGEANT SHELDON KELSEY<br><br>    Defendants. | §§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 4:23-cv-1207 |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Shanelle Jenkins, as surviving spouse and Representative of the Estate of Robert Geron Miller, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the July 9, 2024 Memorandum Opinion (Dkt. No. 44) and Final Judgment Order (Dkt. No. 45) issued by the District Court of the Northern District of Texas Fort Worth Division granting Defendants' Motions to Dismiss, thereby dismissing Plaintiff's claims against Defendants with prejudice.

Dated August 8, 2024

Respectfully submitted,

*/s/ David W. Henderson*
David W. Henderson
Texas State Bar No. 24032292
dhenderson@equalrights.law
Jay D. Ellwanger
Texas State Bar No. 24036522

                    jellwanger@equalrights.law
                    **Ellwanger Henderson LLLP**
                    400 S Zang Blvd, Suite 600
                    Dallas, Texas 75208
                    Telephone: (214) 948-3334
                    Facsimile:  (214) 853-9410

                    **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on the day of August 8, 2024, a true and correct copy of the above and the foregoing document was served on all counsel of record via the Court's ECF system.

                    */s/ David W. Henderson*
                    David W. Henderson